## IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

**In the Matter of**:                                    }
                                                         }        Case No. 16-31644
James Jan Morrison                                       }
                                                         }        Chapter 13
                                                         }
**Debtor(s)**                                            }

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

---

### Objection to Claim No. 6
### Of Creditor Regions Mortgage

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of Regions Mortgage and as grounds for said Objection will state as follows:

1.      The Debtor filed a Chapter 13 bankruptcy on June 24, 2016.

2.      The Creditor, filed the Claim number 6 of Regions Mortgage on the 9th day of November, 2016, and amended on December 16, 2016, to include fees involved in filing the proof of claim as $300.00 for the ministerial act of filing a proof of claim and $350.00 for reviewing a plan that showed that the continuing payments of the Debtor were to be paid direct to the creditor.

3.      The Debtor states that these fees are excessive and far exceed what should be allowed for the services provided.   Said claim is objectionable because said claim contains fees that are excessive and unnecessary and that should not be allowed.

Wherefore, the premises considered, the Debtor request this court to sustain the objection to the Amended Claim number 6 of Regions Mortgage and to disallow the amended claim.

Respectfully submitted,

/s/   R i c h a n d   D.   S h i n b a u m
ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties

listed below by CM/ECF on this day December 27, 2016.


Chapter 13 Trustee, Sabrina McKinney
Bankruptcy Administrator, Teresa Jacobs


Regions Mortgage
BANKRUPTCY
PO BOX 18001
HATTIESBURG, MS  39404


Enslen Crowe
Sirote and Permutt
2311 Highland Ave South
Birmingham, AL 35205